telephonic case management conference will be held at  3:30  p.m. on January  11 , 2006 to attempt to address the issues related to plaintiff's transfers between prisons and the separation of